

Whether the motion was a first or third application is immaterial and not necessary to be here determined, for, upon the hearing of the motion for new trial, there was presented by the state the affidavit of the absent witness for whom the continuance was sought, in which the witness swore she would not have testified as appellant, in the motion for continuance, represented that she would. 9 Tex.Jur., Sec. 155, at page 865.

For this reason, alone, the trial court was amply justified in refusing the motion for a new trial, based upon the refusal of the motion for continuance.

No reversible error appearing, the judgment is affirmed.

Opinion approved by the court.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle while under the influence of intoxicating liquor. The jury assessed his punishment at a fine of $100.

The record on appeal contains neither a statement of facts nor bills of exception. Nothing is presented for the consideration of this court and the judgment of the trial court is affirmed.

